**YOUR NAME** Mia Thomas
**YOUR ADDRESS** No Address
**YOUR TELEPHONE NUMBER** No Phone

(will contact to check on status due to witness protection issues)

FILED

NOV 21 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
(Must start on line 8 or below)

Mia Thomas

-v-

List of Defendants
(3 pages)

Case No. 11 CV 2712 WQH NLS
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges: That all of the defendants have been secretly killing and plotting to kill any American or foreigner who has tried to expose their plot of building guillotines and gas chambers to drag people out of their homes unsuspectingly and kill them. To initiate population control by poisoning the public through food and the air. To poison public through vaccinations. Using the internet and Facebook to hunt down, impersonate, interrogate friends, family any known associates to find you. Using illegal wiretapping of homes, computers, phones, using all televisions as hidden cameras. Illegal psychological operations used to induce, suicide, depression, break downs, etc. The murders of Natalie Holloway, Princess Diana, John F. Kennedy, Michael Jackson.

ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

Of orchestrating 9/11 attacks, of faking terrorism to use it to hunt down anyone who threaten to expose them. For abducting and torturing individuals using gross mind control tactics. Violating Privacy Act laws, Extortion, For Falsely committing an individual to a monatorium for falsely imprisoning an associate of target. Breaking an entering →

Drugging plaintiff with government controlled substance, poisoning food, framing plaintiff and attempting to use neighbors against her. Threatening to use Child Protective Services as a control measures. Illegally seizing control of computer hard drives and e-mail, impersonating plaintiff on facebook, interrogating any contact to get personal information telling all her contacts she's either schizophrenic or bi-polar because ~~mt~~ Plaintiff is saying things about CIA. Plaintiff was zeroed in on as a target for making a comment on a blog which she believed was anonymous and discovered all the other plots via the web and youtube. Plaintiff has spent over a year running and hiding from defendants in order to bring this case to light. During this process plaintiff has expended thousands and thousands of dollars and as a result is in need of financial assistance with this case. Defendants have contacted a neighbor to find out what car plaintiff has been driving. Defendants are currently stalking, harassing and threating Plaintiff. Plaintiff has no phone because defendants keep hacking and destroying it. Plaintiff requests immediate witness protection arrangements, for a different car, food, money and place to life during the trial.

Defendants
Part 2

1. Makers of Vicks medication
2. Tylenol
3. Benadryl
4. Triaminic
5. Dimetapp
6. Diet Coca-Cola
7. Diet Dr. Pepper
8. Hawaiian Punch
9. V8 splash
10. Colgate
11. Closeup
12. Crest
13. ultra brite
14. Sensodyne
15. keebler
16. Nestle
17. Makers Of Dasani
18. Monster Drinks
19. Power Aid
20. Bank Of America, President, CEO, And Chairman
21. Westgate Lakes
22. NSA
23. CIA
24. FBI
25. AIA
26. Pentagon
27. Stars and stripes
28. Makers of: Trident

1. Extra Gum
2. Orbitz
3. Doublemint
4. Rothschild Family
5. Bilderberg Group
6. Makers of YouTube, President, Ceo and chairman
7. Google, President, Ceo and chairman
8. Directors and Producers of the following: Limitless
9. Big Momma Like Father Like Son
10. Zoo Keeper
11. The Phantom
12. Jumping the Broom
13. Unforgettable
14. Reed Between the lines
15. Walt Disney, President, Ceo, Chairman
16. Illuminati
17. Masons
18. State of Louisiana
19. The makers of the latest Sherlock Holmes movie
20. The makers of How do you know? movie
21. The current Pope and the Vatican

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
*Mia Thomas Citizen of the United States of America*

## DEFENDANTS
*George W. Bush, Bill Gates, Oprah Winfrey, Microsoft, Facebook, Yahoo, Viacom, AT+T, T-mobile, Skype, AOL Hotmail, Queen Elizabeth, Son Prince charles and* — *Defendants cont. on next page*

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
NOV 21 2011

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known) **11CV 2712 WQH NLS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | PERSONAL INJURY | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☒ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

*28:1331*

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
*Racketeer Influenced and Corrupt Organizations*
Brief description of cause:
*Slander Libel Defamation Voyeurism Collusion Harassment stalking And Neglect*

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No *more*

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE                DOCKET NUMBER
*Kidnapping Torture Illegal Wiretaping*

DATE                SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE