Addition to original case

1 YOUR NAME Mia Thomas
2 YOUR ADDRESS
  YOUR TELEPHONE NUMBER 619-261-7228
3
4
5 Civil Docket Case #: 3:11-cv
  NUNC PRO TUNC
6                      02712-WQH-
  NOV 28 2011                BGS
7
8 UNITED STATES DISTRICT COURT
9
  SOUTHERN DISTRICT OF CALIFORNIA    FILED
10  (Must start on line 8 or below)
11
                                     NOV 30 2011
12 Mia Thomas
                              CLERK US DISTRICT COURT
13      -v-            SOUTHERN DISTRICT OF CALIFORNIA
                      BY                      DEPUTY
14 Bush et al         Case No.

15
                              11 CV 2712 WQH BGS
16 Additional Defendants are:  Addition to original
17 Mel Gibson                              case
18 Owners and Producers of NBC News
19 CBS news
20 ABC news
21 Fox news
22 CW news
23 Donald Rumsfeld
24 Robert Gates
25 Department of Defense
26 AFN
27 AFN radio
28 IHOP

1  McDonalds
2  Dodge
3  New Jersey's Mount Holly Gold Exchange
4  Department of Transportation
5  Israel's Mossad
6  Allied Telesis
7  Federal Reserve Bank

8  The defendants are continually stalking and
9  harrassing the plaintiff as of 11/28/2011. The
10 defendants are using the the traffic lights as
11 cameras to follow the plaintiff around and
12 annoy her. Evidence by defendants sending a police
13 offer to ticket her while plaintiff has been attempting
14 to avoid defendants.
15 Plaintiff continuously repeats request of bare
16 minimum witness protection in the form of
17 financial so that plaintiff can purchase and
18 lodge without giving defendants the location of
19 plaintiffs where abouts.
20 This is a continuation of the complaints and
21 charges against all the listed defendants.
22 In addition to stalking harrassing plaintiff the
23 Defendants would place pictures of the harrassers
24 in the news paper they knew the plaintiff was
25 reading in an attempt to intimidate her.
26 Defendants repeatedly sold plaintiffs personal
27 information toon to a stalker who as a result
28 gave the plaintiff a barrage of unwanted

1 phone calls, showed up at her previous address
2 and followed her to her new address where plaintiff
3 was forced to hide indoors until stalker left.
4 Consequently defendants found stalker sent
5 him back to ~~~~ where plaintiff was residing
6 in an attempt to have her found and her
7 identity verified.
8 Defendants used movie rentals from off base,
9 Netflix and Blockbuster in an attempt to profile
10 plaintiff and again began showing the movies
11 they knew the plaintiff had already seen.
12 Even after the plaintiff ask them (Bank of America)
13 to stop they refused saying they are doing
14 nothing wrong or illegal and they were sorry
15 I was having trouble with a former acquaintence
16 In addition, the defendants gave full access to
17 my personal bank account information to
18 the rest of the defendants where every
19 purchase was recorded and scrutinize they
20 even gave them access to my online bank
21 account so they can see how often and
22 when I made my payments evidenced by a
23 last logon when it had been 2 weeks or so
24 since I last logged on.  After I found that out
25 I ceased using that credit card. I only wanted
26 to do business on-line with them and that
27 business was to pay the bill. They used all sorts
28 of trickery to verify my address. They started

sending mail even though I never gave them my
address. They would either ask me to send it
in some various increment, cut my limit changed
my APR all to get me to call in so they could
verify my address.
They went through my e-mails and discovered I
lost a time share because they kept raising the
maintenance fees
They learned I had a time share with West Gate
Lakes whom they continued their collusion with.
I paid initially over $7,000 for a time share with
West gate lakes over that period they failed to
produce a title in the agreed upon time and a
unit. They said it wasn't a breach because the
state of Florida still gave them more time. I
have never used the time share once because I
in the beginning it didn't exist. I spoke to the
legal department and ask them why are they
charging me a fee to maintain something that
doesn't exist? The lawyer repeated my question
with no answer and the next statement it
said user fees. I was pressured into the sale
in the first place I told them I had to drop
my brother off at the airport and I wasn't interested.
They suggested we talk later I said o.k. But
this tall caucasian man with white hair took my
credit card and said I'll hold this until you
get back. That's how we purchased it. So the
(plaintiff/husband)

④

1  defendants along with Westgate. see I've
2  lost that time share due to constantly
3  raising the maintenance fees When I've
4  initially purchased the time share the
5  plaintiff and husband were told the maintenance
6  fee's would be an 'estimate' about $275.00
7  a year. Well after the defendants discovered
8  this in my e-mail Westgate Lakes sent me
9  a bill with a new maintenance fee from about
10  $575.00 to over $600.00 like the one they
11  discovered in my e-mail.
12  In business they say you provide a product or
13  service and then there is supposed to be an
14  exchange of money for services rendered.
15  WestGate Lakes has provided the plaintiff
16  with nothing but breech of contract, privacy
17  violations, high pressure sale techniques and
18  now attempting to steal the initial $7,000
19  on top of the thousands received over the
20  past few years for user fees in which the
21  plaintiff ███████ has never used and
22  the defendants have refused to release the
23  plaintiff from the contract and the monies paid.
24  While dealing back and forth with defendants
25  and dealing with the added stress of knowing
26  plaintiff is being watched 24 hours and listened
27  to by new voyeurism technology while cooking
28  the plaintiffs house caught on fire

1 YOUR NAME Mia Thomas
  YOUR ADDRESS
2 YOUR TELEPHONE NUMBER

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA
                   (Must start on line 8 or below)
10

11   Mia Thomas                      )

12                                   )

13              -v-                  )        Case No.

14   George W. Bush                  )
                                     )
15      et al                        )
                                     )
16 In an attempt to prevent defendants from finding personal information

17 to verify plaintiffs identity plaintiff attempted to keep home in a state

18 where defendants would find it hard to locate any sensitive personal

19 information. Firefighters arrived and weren't aware of why plaintiffs

20 home was in such a closed off state and suggested changing the

21 state to a more opened state. Defendants found out about fire

22 incident and wasn't happy of being able to locate plaintiff's

23 personal information readily so they used the neighbors to the

24 right of the Plaintiff to make as much noise as possible

25 slamming things on the wall whenever they thought the plaintiff

26 was sleeping in an attempt to get the plaintiff to call base

27 security and the defendants could gain access to the plaintiff

28 that way. Plaintiff could no longer order food because defendant

1. would have someone else show up instead of regular driver.
2. Plaintiff had to stuff clothes appear larger, paint skin darker
3. in order to disguise her identity from defendants.
4. It appears everyone who is not a part of their group goes
5. along with them because they say they've checking out
6. possible terrorist. After that attempt failed they tried
7. to use the neighbors to the left of the plaintiff and
8. told them to look for or listen to hear any screaming that
9. sounded like abuse to call Child Protective Services. When
10. that didn't work the defendants used the new voyeurism
11. technology to watch plaintiff take showers, use the toilet, eat
12. and live and if the house wasn't clean to their standards they
13. were going to contact CPS in an attempt to make plaintiff
14. look like an unfit parent. Each time plaintiff left the home
15. defendants illegally gained access to plaintiff's home by using
16. the tower maintenance key (that plaintiff would be charged for
17. using in the vent of a lock out) as a result of plaintiff
18. living on a military installation. Defendants would take
19. inventory of what plaintiff had in cabinets, pantry, etc and
20. would raise the prices of the items in the commissaries
21. that were favored by the plaintiff and at times add the
22. poisons to the favored products. All of the defendants that
23. are product-based have one, all or some combination of
24. the following toxins: acesulfame, aspartame, sucralose, sorbital,
25. parabens, chlorine, chloride, potassium chloride, phenylanaline,
26. cyanide, alkali. Defendants also drugged plaintiff with the
27. illegal use of a controlled substance a type of hallucenogenic.
28. Evidenced by after plaintiffs digestion of a tainted food product experienced a strong head ache, a sensitivity to light and visions of figures with rainbow-outlined silouettes also considered an hallucination. To avoid having identity revealed to defendants plaintiff avoided any medical attention and treated herself for the symptoms and hours later the symptoms dissipated. The defendants worked closely with the Yokota AB cable provider called Allied Telesis. → Nextproce

any t.v. show that the plaintiff enjoyed watch usually after the second show they would cut if off and put something else on. Or, if it's in the middle of the season they would show episodes from previous seasons. In addition to them constantly breaking an entering every time plaintiff was away from home and their 24-hour voyeurism technology they inventoried the list of DVD's that were in plaintiff's home and ensured any movie feed received in the home was already watched by the plaintiff therefore, frustrating any attempt to enjoy the cable service being paid for. The defendants used the menu screen as a way to communicate threats, personal information they may have uncovered, any crimes or murders they've successfully carried out. the T.V. menus, stars and stripes newspaper along with Dear Abby columns revealed who the defendants were questioning, what was said and/or what they've done. Defendants in addition to hacking into any computer device of the plaintiff hacked into the Wii gaming system which can also be used to watch videoes on youtube or google. Googled shared all searches and information with the videoes that plaintiff watched they would play it back through cable so plaintiff could see that defendants were aware of what she was watching. When plaintiff attempted to change her reader using the Wii instead of her computer because she was aware defendants had hacked in, taken over and stolen anything of value evidenced by the extreme slowness of computer, constant prompts that something was wrong with my windows software and I need to call in to register, when I attempted to delete items it changed from 'deleting' items to 'recycling' items. Also, under the application process there were two new processes that weren't there before and every time I attempted to shut it down it said access denied. One had a css or similar and the other one had hk in the process'name.

(8)

1 YOUR NAME Mia Thomas
YOUR ADDRESS
2 YOUR TELEPHONE NUMBER 619-261-7228

3 Defendants also through the Wii stole contents off an
4 electronic reader and would play titles on the cable menu to
5 show they knew what the plaintiff was reading. The
6 defendants through the plaintiffs computer discovered she
7 once had T-mobile and used skype so Microsoft purchased
8 both of them. The

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(Must start on line 8 or below)**

Defendants discovered the plaintiffs
9 intellectual Property study of the Jewish history of the
10 Maccabees and one of the defendants Mel Gibson announced
11 an intent to produce ) a movie based on the information stolen
12 from my computer. This ) blatant gross display of racketeering
13 and violation of privacy and trust should not go without
14 justice being served. ) the defendants either recruit or harm
15 the individuals they single out usually either recruit or harm
16 contest the seemingly new material. The maker of the

Case No.

**11CV2712WQH BGS**

17 Movie The Phantom (2009) Estimate tells you in detail how the
18 defendants have been operating, how they use brain washing
19 techniques to get people to do things like snipers, assasination,
20 only they don't use software programs they use gross torture,
21 molestation, rape, kidnapping, cages, starvation to break
22 down the person's mental faculties and make them do what the
23 defendants want. Oprah winfrey is part of this group and is all over
24 youtube supporting the New world order evidenced by her new
25 network with the acronyms OWN meaning New world order
26 backwords and the shows depicting the cages of their groups
27 victims. The government cable would then show her shows
28 of the caged people which is also found in the groups notes.
The majority of all these things they have done have been
found on-line. I read and watched as people hollered
and screamed for justice look what is happening, why won't
someone do something? Michael Jackson was a victim of the
defendants since he was a child. That's why he didn't like his
father because instead of protecting him he in essence sold
him to the Hollywood arm of the Illuminati people.

1 **YOUR NAME**
**YOUR ADDRESS**
2 **YOUR TELEPHONE NUMBER**
3 Where they often molested and abused their victims
4 before they sing. This atrocity has been done to
5 Michael Jackson and other celebrities. This is chronicled
6 in detail by a victim of the similar heinous acts called
7 "Thanks for the Memories". Michael Jackson did not want
8 to join the illumina **UNITED STATES DISTRICT COURT**
group so they tortured him for years
9 attacking his self-est **SOUTHERN DISTRICT OF CALIFORNIA**
**(Must start on line 8 or below)**
10 framed and defamed eem) man-hood and character. They
11 that were never proven) him with the child pedophile accusations
12 Along with the new voyeurism technology the defendants have
13 also learned how to tap ) into one's subconciousness or dreams
14 in order to spy, trick, en trap their victim. Defendants **Case No.**
**(To be assigned at time of filing)**
15 thought plaintiff saw ) their attempts as dreams not being
16 aware that the plaintiffs source taught her about such **COMPLAINT FOR (Brief description of document)**
17 abilities. Michael Jackson usually would be asleep
**Plaintiff alleges:**
18 while they would attack him that's why he attempted to
19 use drugs to knock him out so he couldn't dream. He
20 tried hiding his children's faces because the illuminati
21 would mess with him sexually while he's sleeping and
22 at his climax attempt to get a look-alike like one
23 of his kids near him so if he even looked at him
24 they could lie and call him a pedophile. If that didn't
25 work they would show him one of his children with
26 pubic hair or something on their clothing in a personal
27 area and if he tried to remove it they would watch
28 and call him a pedophile so they sent people around him
to try to bait him with their children and when that
didn't work they, along with others would just lie
until the public believed it regardless if it wasn't
true. Defendants tried similar techniques on plaintiff and
failed and have been searching for anything they can find to
attack the character of the plaintiff. The defendants have been

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

1  YOUR NAME
   YOUR ADDRESS
2  YOUR TELEPHONE NUMBER
3  using Facebook as a flytrap to plaintiffs family, friends and
4  former acquaintences. some information was true, some half
5  true and others flat out lies. This was evidenced by what
6  defendants thought were true they began a psychological
7  attack repeating the claims over and over showing plaintiff
8  what lie they believed and who told it. Queen Elizabeth is

**UNITED STATES DISTRICT COURT**

9  touted over the internet as the Queen Bee running this
   **SOUTHERN DISTRICT OF CALIFORNIA**
   (Must start on line 8 or below)
10 whole operation with her son Prince Charles. They along with
11 this group or responsible for the death of Princess
12 Diana. She refused to } join their group and threaten
13 to expose them and tried to run away and she was killed

Case No. _____
(To be assigned at time of filing)

14 Prince William and Prince Harry had a good mother who
15 wanted to protect them from these horrors and paid
16 dearly with her life. May they open and conduct their

COMPLAINT FOR (Brief description of document)

17 own investigation and let their mothers memory
   Plaintiff alleges:
18 receive it's justice. The defendants are also responsible
19 for the death of John F. Kennedy. Like 9/11 all the
20 evidence was found on-line but corruption has
21 prevented it from being tried and justice served in the
22 light. Defendants also used cable menu and newspapers
23 to communicate facts and threats like: What Really happened
24 to Natalie Holloway and killing Bin Laden. Bin Laden was
25 working for them and had he been left alive to stand
26 trial that fact would have been exposed. In an
27 attempt to prevent defendants from inventoring entire
   video library the plaintiff tried hiding dvds under cabinet
28 ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)
   amongst food, drawers nothing seemed to work because defendant
   have no respect of the boundaries of privacy. The defendant
   also worked close with the Japanese government and
   JASDEF the Japanese Defense force to run their
   psychological operations, attacks with 24-hour wire tapping
   and voyeurism probe of the plaintiff an American citizen.

(11)

1  **YOUR NAME**
2  **YOUR ADDRESS**
   **YOUR TELEPHONE NUMBER**
3  During their illegal wire tapping of the plaintiff a
4  American citizen living in Japan on an American
5  military installation the defendants over heard the
6  plaintiff refer to an action of someone as acting like
7  such a 'retard'. They took the plaintiffs free speech
8  in a conversation **UNITED STATES DISTRICT COURT** with someone else which was supposed
9  to be taking place **SOUTHERN DISTRICT OF CALIFORNIA** 
   **(Must start on line 8 or below)**
10 apparently the defendants took offense by her choice in the privacy of her own home when
11 of words commenced such a deplorable tirade of
12 commercials and cartoons on one of which used the
13 derrogatory word 'Nigger' showing it repeatedly and   **Case No.** _____
   **(To be assigned at time of filing)**
14 had their Japanese counter parts change a cartoon program
15 around to introduce the "Black Devil" to the plaintiff's
16 children. The black devil is a vile, offensive fictional   **COMPLAINT FOR (Brief description of document)**
17 character used to disparage African Americans or
   **Plaintiff alleges:**
18 members of the black ethnic group. The defendants
19 were aware through their incessant spying on the
20 plaintiff the parameters used to allow her children's
21 t.v. viewing. One of the shows were Tom and Jerry so the
22 defendants arranged for the plaintiffs children to watch
23 the majority of Tom and Jerry episodes with the 'Mammy'
24 the black pre-civil rights character which depicts
25 a black woman a sloud, common, uneducated and
26 overweight. Every time plaintiff attempted to watch the
27 channel the defendants learned she liked they kept
28 playing the commercial that used the word 'Nigger.'
   The commercial said almost all derrogatory racial
   terms to almost every ethnic group and in
   essence was saying if you don't want to be called
   this then don't use the word 'retard'. Once the
   defendants listened to phone calls that plaintiff

(12)

**YOUR NAME**
**YOUR ADDRESS**
**YOUR TELEPHONE NUMBER**

1
2
3 either made or received they began listening in on
4 plaintiffs relatives, former acquaintences etc. through
5 phone calls, their homes, watching them through the
6 Television using voyeurism technology. Defendants had
7 plaintiff's mother's apartment robbed for jewelry ad
8 listen to her moth**UNITED STATES DISTRICT COURT**
9 incident in the **SOUTHERN DISTRICT OF CALIFORNIA** er cry then the defendant's put the
10 had happened. Then **(Must start on line 8 or below)** accept changed facts to mask what
11 was aware of what happened, they began figured out plaintiff
12 attacks by playing ) Carrie Underwood's video 'mama's son' (defendants)
13 Defendant-'s continued to spy on pl **Case No.** **(To be assigned at time of filing)**
14 over heard the plaintiff's cousin plaintiff's relatives and
15 a child and used it to get the plaintiff's cousin attempting to discipline committed
16 to a moratorium and then offered him a way out by **COMPLAINT FOR (Brief description of document)**
17 joining the military. The defendants made known this
18 to the plaintiff by exploiting the plaintiff's viwership **Plaintiff alleges:**
19 of the t.v. show that was on AXN a channel with
20 Allied Telesis the government run cable company
21 a show called Nash Bridges showing her the episodes
22 of 'Moriarity' with the crazy cousin, then they came
23 out with the Sherlock Holmes movie all this after they
24 discovered the plaintiff had a Sherlock Holmes dvd collection.
25 The plaintiffs' main source also revealed the actions
26 of the defendants. There is also a CIA source that
27 helped reveal a lot of their actions and other people (defendants)
28 just in outraged trying to catch the right persons etc.

JDDMAI\CDOCS\WORDPERFECT6869.1 May 26, 1999 (2:51pm)

Any additional fact-finding will only produce more
evidence that will quantify and enhance the already
great weight of the actions of the defendants,
the Hollywood arm of the Illuminati seem to collude.
and racketeer the information they collect from their victims

1 **YOUR NAME**
  **YOUR ADDRESS**
2 **YOUR TELEPHONE NUMBER**
3 turning them into products or movies for profit. The
4 movie "Limitless was based off of the plaintiff's
5 abilities but the producers/writers/directors changed
6 those abilities into a pill. The defendants often
7 tried to capture or trap the plaintiff and they
8 were amazed how the plaintiff always figured them out
  **UNITED STATES DISTRICT COURT**
9 and got away. They used the plaintiff's brother's name
  **SOUTHERN DISTRICT OF CALIFORNIA**
10 in the movie, they used the plaintiff's nickname in
  **(Must start on line 8 or below)**
11 the movie, they used the love of Bruce Lee movies
12 that discovered about the plaintiff through questioning
13 the plaintiff's family, friends and former acquaintences. And
  **Case No. _____**
14 at the end of the movie in case there was any doubt
  **(To be assigned at time of filing)**
15 they used the term "illuminate." Any time the
16 plaintiff would walk in the store they would play songs
  **COMPLAINT FOR (Brief description of document)**
17 that they collected from family and friends in an attempt
18 to identify her. In the movie "Big Momma like Father
  **Plaintiff alleges:**
19 like Son" the producers/writers/directors took the
20 knowledge of the plaintiffs use of vaseline and
21 put it in the movie grossly mocking and exaggerating
22 it's use for the sake of comedy, the plaintiff's
23 name was used as a character, the way plaintiff's
24 hair was styled and the plaintiff's knowledge of the
25 French language was used. The defendant's didn't
26 stop at using Facebook friends and family. The
27 defendant's contacted (In-laws) Asking them
28 what they knew about the plaintiff. An in-law
  **::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)**
  mentioned a video game called "You don't know Jack!"
  so they started putting it in the newspaper on menu's
  and re-introducing it as if it were a new game.
  The defendants obtained intimate personal knowledge of
  how the plaintiff and her husband met. This was

(14)

YOUR NAME
YOUR ADDRESS
YOUR TELEPHONE NUMBER

again evidenced by the movie "Jumping The Broom"
the main female character was based on the
plaintiff. They once again changed some details
so it wouldn't be so obvious. That the plaintiff and
husband were engaged for only a short time before
marrying because a job opportunity abroad presented
itself. the character's family spoke French and she
was well educated. Because of the defendants the
plaintiff has sustained an unsubstantial amount
of loss, mental anguish, suffering and harrassment
amongst every other thing. this whole ordeal
has been dehumanizing, humiliating more than any
one could fathom. The plaintiff was forced to go
into social isolation to protect others within
the main sources witness protection program which
had no friends, no family otherwise they wouldbe
put in jeopardy. Evidenced by an ex-boyfriend's
declaration of how beautiful the plaintiff was
and how much he cared for her and why they split. The
defendants then used their psychological ability
to invade the plaintiff's dream state and confirm
that her feelings toward her boyfriend were endearing
and so the defendants had him arrested. While
asking him do you believe that we're all connected
In an attempt to get privacy the plaintiff
would often ~~████████~~ stay in hotel rooms
both on and off various bases. Because the
plaintiff didn't have an e-mail and wouldn't give
too many details the Navy Lodge told the defendants
of her locations and the defendants began listening
to the hotel rooms. The defendants attempted to break

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
(Must start on line 8 or below)

Case No. _____ (To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

1  YOUR NAME
   YOUR ADDRESS
2  YOUR TELEPHONE NUMBER

3  in and gather the plaintiff and family but the

4  source told the plaintiff of their plans and she

5  checked into Yokota AB's Kanto Lodge. The defendants

6  followed her to the hotel and listened to her in the

7  hotel room via already established wire taps. The

8  next day the government controlled cable company

   **UNITED STATES DISTRICT COURT**

9  Allied Telesis was there rigging the wiring in her room

   **SOUTHERN DISTRICT OF CALIFORNIA**

10 with cable and they started the menu and programs (Must start on line 8 or below)

11 manipulation again.) Because of the defendants slander

12 behind her back that she's bad mouthing the CIA

13 they think she's bipolar schizophrenic etc and no one

   Case No. _____

14 close to the plaintiff has seen her (To be assigned at time of filing)

15 for over six years

16 on top) of her having to change her voice

   **COMPLAINT FOR (Brief description of document)**

17 so no one could identify her they listened to a

18 stranger the government has told them was the

   **Plaintiff alleges:**

19 plaintiff. The plaintiff has become both hated

20 and ostracized by her family. By them using

21 their new voyeurism technology in addition

22 to wire taps, breaking on entering, framing her with her

23 neighbors, threatening to call child protective services,

24 having to shower and use the bathroom in the dark

25 so the defendants couldn't watch her, not being

26 able to tell friend or family member what was

27 going on to protect them and herself with

28 limited personal conversations, limited sexual

   ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

   intercourse with husband. Defendants making

   plaintiffs husband work at times 12-16hrs a day

   7 days a week having him leave the house 1-2Am

   to go to the job telling him not to tell his wife

   anything. Only to find out it's Joe Biden wanting

   to smile and take photos because they were having plane s

YOUR NAME
YOUR ADDRESS
YOUR TELEPHONE NUMBER

trouble. Not having regular interaction and not being able to explain the short limited conversations over the past six years the defendants helped destroy the plaintiff's marriage for almost 10 years. Now on top of all those things they've done to her and others all over the world. The plaintiff listened on the news as a Pakistani man was hollering and complaining that his government has put him on facebook and have been telling lies about him they quickly turned it off as another woman from some where else started saying the same things. They control what certain viewers watch on t.v. that's why they made everyone get the digital boxes. While plaintiff was in Japan the defendants had an entire frequency band deleted 90.0 in Japan's Kanto plain area in an attempt to get the plaintiff to listen to more psychological attacks of the contents of her medicine cabinet or her past. The defendants went through both her Yahoo and HotMail accounts and discovered old e-mails that were thought to have been deleted from cruel people in her past. The defendants have a Illuminati church arm group that has infiltrated churches with pastors and members pretending to be Christians because they said that "Holy spirit stuff was becoming to powerful." There was this church the plaintiff went to on a different base. The members were half cruel and half regular people. Their was a woman of Asian descent who invited the

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

Case No. _____
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

1  YOUR NAME
   YOUR ADDRESS
2  YOUR TELEPHONE NUMBER

3  the plaintiff over for a party. The plaintiff went
4  and had a nice time. The woman then invited
5  the plaintiff over for an Asian dinner to celebrate
6  the dead whom are believed to be present while
7  you're eating. The plaintiff declined saying I'm
8  not comfortable going this time for complicating
   **UNITED STATES DISTRICT COURT**
9  beliefs but I will attend your 4th of July party. The
   **SOUTHERN DISTRICT OF CALIFORNIA**
10 woman grew offensive and hateful telling people not to
   (Must start on line 8 or below)
11 eat plaintiff's food. She brought to potlucks and that
12 the plaintiff thinks she's better than everyone,
13 the woman watched the plaintiff console a woman
   Case No. _____
14 over her apprehension in regards to moving to Alaska.
   (To be assigned at time of filing)
15 The plaintiff told the woman to look forward to
16 beautiful sights like the Aurora Borealis and
   **COMPLAINT FOR** (Brief description of document)
17 stay positive. The woman bad mouth the plaintiff
18 **Plaintiff alleges:**
   so badly that one of the chaplain's tried to knock
19 the plaintiff over while she was 9 months pregnant.
20 This same chaplain bragged and laughed in front
21 of the entire congregation about hitting his
22 brother in the head with a brick. This same woman
23 the defendants dug through the plaintiffs e-mail
24 she thought was deleted and asked them what
25 did she know of the plaintiff, she told them about
26 the Aurora Borealis. So the defendants started
27 showing it on t.v. a lot like we know this about the
28 this same group of church people had a MOPS group
   ::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)
   Mothers of Pre-schoolers. It was supposed to
   be a bunch of christian moms socializing and
   exchanging ideas. I was interested. They told me to
   come to a meeting at a certain time but



1 **YOUR NAME**
**YOUR ADDRESS**
2 **YOUR TELEPHONE NUMBER**

3 When I arrived no one was there. So I started

4 going to bible study. The one leading seemed to feel

5 threaten because I did my homework. She was aware

6 of the MOPS incident so she started talking

7 about it in front of me smiling. So I finally

8 stop dealing with those church people. But the

**UNITED STATES DISTRICT COURT**

9 defendants didn't stop at the Asian woman they

**SOUTHERN DISTRICT OF CALIFORNIA**

10 started talking to anyone and the defendants found

**(Must start on line 8 or below)**

11 out about the MOPS incident and so the descendants

12 started their psychological attacks on the plaintiff

13 again and dhad the Japanese workers posting MOPS

Case No. _____

14 posters on the plaintiffs building entrance. The

**(To be assigned at time of filing)**

15 defendants found more deleted e-mail from a teacher

16 and school whom the plaintiff had to remove

**COMPLAINT FOR (Brief description of document)**

17 her child because inspite of me filling out

**Plaintiff alleges:**

18 forms saying I'm going to pick up my child. When

19 the plaintiff went looking for her then 4yr old

20 child the teacher had put him on a school

21 bus about to depart had the principal not

22 pulled him off. The teacher lied about it and the

23 school instead of discipling the teacher triedth

24 frame the 4yr. old child as if the child were a

25 problem. The plaintiff was appalled because it was

26 a kindergarten class some children couldn't read,

27 didn't know their letters or write. The plaintiffs

28 child could do all and more but they ignored

:ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

these children trying to protect the teacher.

No amount of cooperation from the plaintiff seemed

to work. The plaintiff attempted to go to the

NJ school board but they all stood by and supported

not the child, not the parents

YOUR NAME
YOUR ADDRESS
YOUR TELEPHONE NUMBER

not the students but the teacher. The defendants contacted them for information about the plaintiff. They then started their psychological attacks showing picture day (the time plaintiffs child was withdrawn) and boston commercials over and over. The plaintiff was shocked about the

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

sub standards of education and the public school system state and decided to home school her children. The plaintiff has received various degrees and certification and wanted to instill a quality education that rivaled private schools. The plaintiffs home schooling program was so in-depth, step by-step and child friendly that the defendants began to learn and modify various textbooks, curriculum and coarses. Unfortunately the defendants attempted to sabotage plaintiffs home-schooling program. the plaintiff was aware they were also being watched from hospital and other areas. so went plaintiff took children on other side of base where defendants sent a woman with children trying to confirm plaintiff's identity talking about Diego Garcia. Woman found out children were homeschooled and which curriculum book was used. The defendants then had publishers remove subjects, quizzes, critical test and even added japanese and mentioned dead pets because they learned I had some dead pets in the past. The defendants are following a set of stones called the Georgia Guide Stones. In addition to a lot of it online. Also A book called the creature from Jekyll Island

Case No. _____
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

ODMA\PCDOCS\WORDPERFECT\8369\1 May 26, 1999 (2:51pm)



1  **YOUR NAME**
2  **YOUR ADDRESS**
   **YOUR TELEPHONE NUMBER**

3  They are behind flash mobs to create a fake
4  need for more police to control population
5  easier. They are sending troops away and
6  importing foreign troops to help control Americans
7  because American troops won't do it. They are
8  behind the Homosexual push. In the 70's they **UNITED STATES DISTRICT COURT**
9  forced the American Psychologist Association to **SOUTHERN DISTRICT OF CALIFORNIA** similar
10  to remove Homosexuality as a Psychological disorder. **(Must start on line 8 or below)**
11  they have been pushing Homosexual classes in
12  elementary schools in the New England state.
13  In regards to IHOP I was interested in opening **Case No.** _____
14  the business. they sent me a packet to get started **(To be assigned at time of filing)**
15  but not before getting me
16  I wanted to start the restaurant. Well while **COMPLAINT FOR (Brief description of document)**
17  **Plaintiff** was getting a business plan and financing
    to tell them the location
18  **Plaintiff alleges:** together several weeks later I HOP has shared
19  the location. They didn't give the plaintiff
20  no indication of their intent nor did they
21  pay the plaintiff a finder's fee. I HOP simply
22  profited off of the plaintiff's idea. The defendants
23  discovered this and taunted the plaintiff
24  again w/ lots of IHOP commercials. Ihop
25  had no regard for privacy or business ethics. With
26  New Jersey's Mount Holly hold Exchange the
27  plaintiff had never pawned anything before she
28  saw it on t.v. over and over to get money for
    :ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)
    your old jewelry. When the plaintiff got there,
    there were two men standing on the side with
    guns talking. The guy behind the counter
    calculates 2 ounces about $1600⁰⁰ on the calculator.



1 **YOUR NAME**
**YOUR ADDRESS**
2 **YOUR TELEPHONE NUMBER**

3 He lies and tells the plaintiff I can only give

4 you $400 the plaintiff says o.k. and walks

5 out. Not sure if it was good to challenge

6 him while the guys are there in plainclothes

7 with guns It wasn't clear if they were cops

8 or corrupted. The plaintiff figured it was

**UNITED STATES DISTRICT COURT**

9 best to be safe then fight this guy for money or

**SOUTHERN DISTRICT OF CALIFORNIA**

10 Jewelry while plaintiff was with one of her

**(Must start on line 8 or below)**

11 children. The defendants dug and found this

12 out and started yet again more taunting

13 psychological attacks. The Plaintiff was aware

**Case No.** _____

14 she was being robbed out of $1200

**(To be assigned at time of filing)**

15 defendants only intent was to inflict The

16 pain and psychological break down

**COMPLAINT FOR** (Brief description of document)

17 No one else should have to endure this

18 magnitude of attack from a government

**Plaintiff alleges:**

19 or institution ruining individuals.

20 psychologically, socially and financially.

21

22

23

24

25

26

27

28

:ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)